UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
  UNITED STATES OF AMERICA,          :
                                         Plaintiff,      :
                                                   :   **ORDER**
                 -against-                   :
                                                   :   19 CR 27 (PGG)
  MICHAEL MACK,                          :
                                         Defendant.   :
-------------------------------------------------------- x

PAUL G. GARDEPHE, United States District Judge:

       The Defendant, MICHAEL MACK (Reg. No. 86602-054), having made an application to the warden of the Metropolitan Correctional Center in New York, NY for a sentence reduction pursuant to 18 U.S.C. § 3582 based on medical condition,

       It is hereby ORDERED that the Bureau of Prisons release to Defendant's counsel, Zachary S. Taylor, within ten business days of this Order, Defendant's complete medical records from the time he entered into the custody of the Bureau of Prisons to the present.

Date:   April 22, 2020
         New York, New York

SO ORDERED.

*Paul G. Gardephe* (signature)

_____
Paul G. Gardephe
United States District Judge