UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL MACK,

                Defendant.

**ORDER**

19 Cr. 27 (PGG-2)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the Government will respond to Defendant's motion pursuant to 18 U.S.C. § 3582 (Dkt. No. 63) by **May 1, 2020**.

Dated: New York, New York
       April 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge