UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL MACK,

     Defendant.

**ORDER**

19 Cr. 27 (PGG-2)

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that any further response from the Government is due **May 7, 2020, at 5:00 p.m**.

Dated: New York, New York
   May 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge