UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL MACK,

Defendant.

**ORDER**

19 Cr. 27 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On March 29, 2021, Defendant Michael Mack filed a renewed motion for compassionate release.  (Dkt. No. 88)  His motion states that he refused a COVID-19 vaccination based on concerns about side effects.  (See Def. Reply (Dkt. No. 89) at 1)  By **August 11, 2021**, the Government will provide an update on whether Defendant Michael Mack has received a COVID-19 vaccination.

Dated:  New York, New York
August 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge