UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL MACK,

Defendant.

**ORDER**

19 Cr. 27 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated at the February 17, 2023 violation of supervised release proceeding, the conditions of Defendant Michael Mack's term of supervised release are modified to include home confinement enforced by GPS location monitoring.  Defendant is ordered to report to the Probation Office on **Tuesday, February 21, 2023,** to have an electronic bracelet fitted.  In coordination with the Probation Officer, Defendant may leave his residence for purposes of medical treatment for himself or his partner, for substance abuse treatment, for employment, and for other purposes pre-approved by the Probation Officer.

The hearing concerning the alleged violations of supervised release is adjourned to **May 15, 2023 at 10:00 a.m.**

Dated: New York, New York
February 17, 2023

SO ORDERED.

Paul G. Gardephe
United States District Judge