**TAYLOR & COHEN LLP**

40 Worth Street, 10th Floor
New York, NY 10013
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

July 5, 2023

*By ECF and Email*

The Honorable Paul G. Gardephe
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *U.S. v. Michael Mack*, 19 CR 27 (PGG)

Dear Judge Gardephe:

    I represent Michael Mack in the above-referenced case. I am writing to request an adjournment of the VOSR hearing date scheduled on July 11, 2023 to a date in late August or early September. The government and Probation consent to this request.

    Mr. Mack's next appearance in state court is on September 27, 2023, which is the hearing date for Mr. Mack's pretrial motions. I will inform the Court promptly in the event there is a resolution of the state cases.

    Probation has informed me that Mr. Mack has continued to comply with the terms of his bail.

Respectfully,

*[signature]*

Zachary Taylor

cc:    Tara LaMorte, Esq.
        Assistant United States Attorney (*by ECF*)
    Alicia Black
        United States Probation Officer (*by email*)

**MEMO ENDORSED:** The hearing scheduled for July 11, 2023 is adjourned to **August 25, 2023 at 11:00 a.m.**

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge
Dated: July 7, 2023