# TAYLOR & COHEN LLP

40 Worth Street, 10th Floor
New York, NY 10013
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

August 18, 2023

*By ECF and Email*

The Honorable Paul G. Gardephe
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *U.S. v. Michael Mack*, **19 CR 27 (PGG)**

Dear Judge Gardephe:

    I represent Michael Mack in the above-referenced case. I am writing to request an adjournment of the VOSR hearing date scheduled on August 25, 2023 to a date in late September. The government and Probation consent to this request.

    Since the last adjournment request, on July 5, 2023, I have met with Mr. Mack in person and by telephone, and I have conferred extensively with the Legal Aid attorney representing him in the underlying state cases. As of this writing, those cases remain unresolved. Mr. Mack's next appearance in state court is on September 27, 2023, which is the hearing date for his pretrial motions.

    Probation has informed me that Mr. Mack has continued to comply with the terms of his bail.

Respectfully,

*Zachary Taylor* (signature)

Zachary Taylor

cc:    Tara LaMorte, Esq.
        Assistant United Sta
        Alicia Black
        United States Proba

**MEMO ENDORSED:** The conference scheduled for August 25, 2023 is adjourned to **October 2, 2023 at 2:00 p.m.**

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge

Dated: August 21, 2023