UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL MACK,

                Defendant.

**ORDER**

19 Cr. 27 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of the Defendant will take place on **December 21, 2023 at 10:00am.** Any submissions on behalf of the parties or the Probation Department are due by **December 14, 2023**.

Dated: New York, New York
      November 15, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge